IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 07-cv-02084-REB-KMT

DENNIS H. LOWER, a Wyoming citizen, and
ARTHUR V. EPSTEIN, a Massachusetts citizen, and
LESLIE J. POTTERN, a Colorado citizen

    Plaintiffs and Counterclaim Defendants,

v.

IR-MAPLE CORP., a Delaware corporation,

    Defendant, Counterclaimant, and Third-Party Plantiff,

v.

THOMAS A. KORNFELD, a Colorado citizen, and
LANDMARK CAPITAL II, LLC., a Colorado limited liability company,

    Third-Party Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter before the court is the **Stipulated Motion For Dismissal With Prejudice** [#64] filed June 6, 2008. After careful review of the motion and the file, the court has concluded that the motion should be granted and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulated Motion For Dismissal With Prejudice** [#64] filed June 6, 2008, is **GRANTED**;

2. That the Trial Preparation Conference set for December 19, 2008, is

**VACATED**;

3. That the jury trial set to commence January 5, 2009, is **VACATED**;

4. That any pending motion is **DENIED** as moot; and

5. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated June 9, 2008, at Denver, Colorado

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**